**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RICHARD LEE SPOONEMORE,                    No. 2:14-CV-1621-MCE-CMK-P

                Petitioner,

     vs.                                                           <u>ORDER</u>

CLERK OF THE COURT,

                Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has not filed a complete application to proceed in forma pauperis, along with a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Specifically, his in forma pauperis application submitted on August 8, 2014, does not contain a signed certification of petitioner's prison trust account.  Petitioner will be provided another opportunity to submit either a completed application to proceed in forma pauperis, with the required certification, or pay the

1

1  appropriate filing fee.  As to the certification requirement, while a copy of petitioner's prison

2  trust account statement certified by prison officials is not required to satisfy the requirement,

3  such a statement will suffice.

4          Upon review of the petition, the court observes that petitioner has named the

5  Clerk of the Yolo County Superior Court as respondent.  "A petitioner for habeas corpus relief

6  must name the state officer having custody of him or her as the respondent to the petition."

7  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a),

8  Federal Rules Governing Section 2254 Cases.  Because petitioner has not named the appropriate

9  state officer, petitioner will be provided leave to amend to correct this technical defect by naming

10  the correct respondent.  See Stanley, 21 F.3d at 360.

11          Petitioner is warned that failure to comply with any part of this order may result in

12  the dismissal of this action.  See Local Rule 110.

13          Accordingly, IT IS HEREBY ORDERED that:

14          1.      Petitioner shall submit on the form provided by the Clerk of the Court,

15  within 30 days from the date of this order, a complete application for leave to proceed in forma

16  pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee;

17          2.      Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with

18  leave to amend;

19          3.      Petitioner shall file an amended petition on the form employed by this

20  court, and which names the proper respondent and states all claims and requests for relief, within

21  30 days of the date of this order; and

22          4.      The Clerk of the Court is directed to send petitioner the court's form

23  habeas corpus application; and

24  / / /

25  / / /

26  / / /

1        5.    The Clerk of the Court is also directed to send petitioner a new form

2   Application to Proceed In Forma Pauperis By a Prisoner.

3

4   DATED:  October 8, 2014

5                                                     _____

6                                                     **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26